

1 | GLOBAL CAPITAL LAW, PC
GARY HARRE, CBN# 86938
2 | DIANE BEALL, CBN# 86877
BARRY FAGAN, CBN 160104
3 | 17612 BEACH BLVD. STE 8
HUNTINGTON BEACH, CA 92647
4 | TELEPHONE: (714) 907-4182
FACSIMILE: (714) 907-4182
5 | EMAIL: GLOBALCAPITALLAW@GMAIL.COM

6 | Attorney for Debtor
Howard Barnes
7 | **UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
8

9

10 | In Re:                                              ) **Case No. 8:10-bk-15155-TA**
                                                        )
11 | Howard J. Barnes, aka Howard Barnes                 ) **CHAPTER 7**
     aka Howard John Victor Barnes an                    )
12 | individual                                          ) **ATTORNEY BARRY FAGAN**
                                                         ) **DECLARATION IN SUPPORT OF** *EX*
13 | SSN xxx-xx-9447                                      ) *PARTE* **APPLICATION TO REOPENING**
                                                         ) **BANKRUPTCY CASE**
14 |                                                     ) **[LBR 5073-1(e)]**
                                                         )
15 |                                                     ) **Hon.:   Theodor C. Albert**
                                                         )
16 |                                                     ) 411 West Fourth Street
                                                         ) Santa Ana, CA 92701-4593
17 |                                                     )

18 | I, Barry Fagan, one of Howard Barnes appointed attorneys hereby declare as follows:

19 | 1.  I have reviewed Howard Barnes originally filed Chapter 7 Petition dated April 20, 2010.

20 | 2.  I am aware that on or about July 29, 2010, The Chapter 7 trustee filed the report of no

21 | distribution and the case was discharged on October 13, 2010.  On or about December 29,

22 | 2010, this case was closed.

23 | 3.  On Schedule A of the petition, Howard Barnes had listed the real property located at 6461

24 | OakCrest Circle, Huntington Beach, CA 92648 as his primary residence with secured

25 | creditor encumbering such property on Schedule D as Chase.

26 | 4.  Post petition, Howard Barnes learned that Chase Bank as secured lien holder was incorrect.

27 | Rather, the alleged lien holder was HSBC Bank USA, National Association, as trustee for

28 | JP Morgan Mortgage Trust 2007-A1 (hereinafter "HSBC Bank").

EX PARTE MOTION FOR REOPENING BANKRUPTCY CASE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5.  HSBC Bank represented to this court that it was the secured creditor who was entitled to enforce the secured claim. However, such representation is false and HSBC Bank's knowledge of such falsity constitutes fraud not only upon the debtor but also upon this Court.

6.  Debtor's failure to disclose his interests in various properties that he acquired post petition was not intentional and needs to be amended so that it is fully disclosed. In the interest of substantial justice, the debtor seeks to Re-open his chapter 7 Petition by amending his schedules to accurately reflect post petition acquisition of assets and liabilities.

For all of the above reasons, I Barry Fagan Esq. respectfully requests this Court to reopen Bankruptcy Case No. **8:10-bk-15155-TA**.

Signed under penalty of perjury under the laws United States.

DATED this 20th day of January, 2011.

Attorney Barry Fagan, Declarant
Global Capital Law PC.
Attorneys for Movant, Howard Barnes

EX PARTE MOTION FOR REOPENING BANKRUPTCY CASE