GLOBAL CAPITAL LAW, PC
GARY HARRE, CBN# 86938
DIANE BEALL, CBN# 86877
BARRY FAGAN, CBN 160104
17612 BEACH BLVD. STE 8
HUNTINGTON BEACH, CA 92647
TELEPHONE: (714) 907-4182
FACSIMILE: (714) 907-4182
EMAIL: GLOBALCAPITALLAW@GMAIL.COM

Attorney for Debtor
Howard Barnes

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Howard J. Barnes, aka Howard Barnes aka Howard John Victor Barnes an individual<br><br>SSN xxx-xx-9447 | Case No. 8:10-bk-15155-TA<br><br>CHAPTER 7<br><br>MOVANT HOWARD J BARNES' DECLARATION IN SUPPORT OF *EX PARTE* APPLICATION TO REOPENING BANKRUPTCY CASE<br>[LBR 5073-1(e)]<br><br>Hon.: Theodor C. Albert<br><br>411 West Fourth Street<br>Santa Ana, CA 92701-4593 |

I, Howard Barnes, declare as follows:

1. I filed this instance Chapter 7 as individual debtor on April 20, 2010.

2. On or about July 29, 2010, The Chapter 7 trustee filed the report of no distribution and the case was discharged on October 13, 2010. On or about December 29, 2010, this case was closed.

3. On Schedule A of the petition, I listed the real property located at 6461 OakCrest Circle, Huntington Beach, CA 92648 as my primary residence with secured creditor encumbering such property on Schedule D as Chase.

4. Post petition, I discovered that Chase Bank as secured lien holder was incorrect. Rather, the true lien holder was HSBC Bank USA, National Association, as trustee for JP Morgan Mortgage Trust 2007-A1 (hereinafter "Chase Bank").

5. On information first obtained from Chase Bank's Request for Relief from Stay, I discovered that my loan was now with HSBC Bank USA, National Association, as trustee J.P. Morgan Trust 2007-1 and not Chase Bank as indicated in my original Schedule A. Upon further discovery, I now believe that HSBC Bank USA has committed fraud upon the court and as such I wish to proceed with Adversary Proceeding to prove that fraud was committed on the Court.

6. In addition, I failed to disclose additional interests in various properties and should have amended my schedule. As excusable neglect without any intention to withhold information as part of Chapter 7 estate, I wish to amend my chapter 7 schedules to accurately reflect post petition acquired assets and liabilities. Please see Exhibit #1 which reflects my amended schedule of assets.

WHEREFORE, I respectfully request this Court to reopen this case so that full disclosures will be made by amending my appropriate schedules.

For the above reasons, I Howard Barnes respectfully requests this Court to reopen the Bankruptcy Case No. **8:10-bk-15155-TA.**

Signed under penalty of perjury under the laws United States.

DATED this 20th day of January, 2011.

Howard Barnes, Declarant.

Official Form 6A (12/07)

In Re: _____Barnes, Howard J_____     Case No. _____8:10-bk-1515-TA_____
              **Debtor**                                              (if known)

# AMENDED
## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community". If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Primary Residence<br>6461 Oakcrest Cir<br>Huntington Beach, CA 92648 | | C | 1000000.00 | 775000.00 |
| Condo<br>10461 Rio Grande Crt<br>Fountain Valley, CA 92708 | Joint tenant | | 0 | 450000.00 |
| Condo<br>18704 Club Ln<br>Huntington Beach, CA 92648 | Joint tenant | | 0 | 425000.00 |
| Condo<br>9863 Cornwall Ave<br>Huntington Beach CA 92646 | Joint tenant | | 0 | 450000.00 |

Exhibit 1
Ex Parte Motion for Reopening Bankruptcy Case

**Official Form 6A (12/07)**

In Re: _____Barnes, Howard J_____    Case No. _____8:10-bk-1515-TA_____
                **Debtor**                                                      (if known)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Condo<br>4146 E Mendez No 125<br>Long Beach, CA 90815 | Joint tenant | | 0 | 385000.00 |
| | | Total | $1,000,000.00 | |

Exhibit 1
Ex Parte Motion for Reopening Bankruptcy Case

Official Form 6D (12/07)

In Re: _____Barnes, Howard J_____     Case No. _____8:10-bk-1515-TA_____
                         **Debtor**                                                                                                                        (if known)

# AMENDED
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: 0150<br><br>Orange County Credit Union<br>PO BOX 11777<br>Santa Ana, CA 92711 | | | 10/2006<br>Auto<br>2007 Honda Accord<br><br>VALUE $     9000.00 | | | | 5000.00 | 0 |
| Account Number: 5333<br><br>Chase Home Loans<br>PO BOX 78420<br>Phoenix, AZ 85062 | | | 12/2005<br>1st Mortgage<br>6461 Oakcrest Cir<br>Huntington Beach CA 92648<br><br>VALUE $     1000000.00 | | | | 775000.00 | 0 |
| Account Number:<br><br>First Horizon Home Loan<br>PO BOX 2351<br>Memphis, TN 38101 | | | 01/2007<br>1st Mortgage<br>6461 Oakcrest Cir<br>Huntington Beach CA 92648<br><br>VALUE $     1000000.00 | | | | 215000.00 | 0 |
| | | | Subtotal<br>(Total of this page) | | | | $995,000.00 | $0.00 |
| | | | Total<br>(Use only on last page) | | | | $995,000.00 | |

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

    __0__ continuation sheets attached

Exhibit 1
Ex Parte Motion for Reopening Bankruptcy Case