| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| GLOBAL CAPITAL LAW, PC<br>GARY HARRE, CBN# 86938<br>DIANE BEALL, CBN# 86877<br>BARRY FAGAN, CBN 160104<br>17612 BEACH BLVD. STE 8<br>HUNTINGTON BEACH, CA 92647<br>TELEPHONE: (714) 907-4182<br>FACSIMILE: (714) 907-4175<br>EMAIL: GLOBALCAPITALLAW@GMAIL.COM<br><br>☑ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - Santa Ana          DIVISION**

| In re:<br><br>Howard J. Barnes, aka Howard Barnes<br>aka Howard John Victor Barnes<br><br><br><br><br>Debtor(s). | CASE NO.: 8:10-bk-15155-TA<br>CHAPTER: 7<br><br>**NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)**<br><br>[No hearing unless requested in writing] |
|---|---|

## TO THE U.S. TRUSTEE AND ALL PARTIES IN INTEREST. PLEASE TAKE NOTICE THAT:

1. Movant(s) Howard J. Barnes _____, has filed a motion entitled Ex Parte Application To Reopening Bankruptcy Case

2. Movant(s) is requesting that the court grant the motion without a hearing, as provided for in LBR 9013-1(o).

3. The motion is based upon the legal and factual grounds set forth in the Motion and briefly described in the attached Description of Relief Sought. (*Check appropriate box below*):

    ☑ The full motion is attached hereto; or
    ☐ The full motion has been filed with the court, and a detailed description of the relief sought is attached hereto.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party objecting to the motion may request a hearing on the motion. The deadline for filing and serving a written opposition and request for a hearing is 14 days after the date of service of this notice, plus an

additional 3 days unless the notice of motion was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). If you fail to comply with this deadline, the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion without further hearing and notice.

Dated: 1/24/11

Respectfully submitted,

By: _____
*Signature of Movant or Attorney for Movant*

Name: Barry Fagan, Attorney for Movant
*Type Name of Movant or Attorney for Movant*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                Page 2                **F 9013-1.2.NOTICE.NO.HEARING**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

17612 Beach Blvd. Ste 8
Huntington Beach, CA 92647

A true and correct copy of the foregoing document described as **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 1/24/11_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

Jeffrey I Golden (TR)    ljones@wgllp.com, jgolden@ecf.epiqsystems.com

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 1/24/11_____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Theodor C. Albert
SANTA ANA DIVISION
U.S. Bankruptcy Court, Ronald Reagan Fed Bldg
411 W. Fourth Street
Santa Ana, CA92701-4593

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____,I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/24/2011 | Carolyn J Olson | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010    Page 3    **F 9013-1.2.NOTICE.NO.HEARING**

| | |
|---|---|
| In Re:<br><br>Howard J. Barnes, aka Howard Barnes aka Howard John Victor Barnes an individual | Case No.  8:10-bk-15155-TA<br><br>**CHAPTER 7** |

**8:10-bk-15155-TA Notice will be electronically mailed to:**

Alan L. Armstrong on behalf of Debtor Howard Barnes
alan@alanarmstrong.com

Jeffrey I Golden (TR)
ljones@wgllp.com, jgolden@ecf.epiqsystems.com

Gary L Harre on behalf of Debtor Howard Barnes
ghcmecf@gmail.com

Ramesh Singh on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Catherine T Vinh on behalf of Creditor Bank of America, National Association successor by merger to LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates Series 2006-AR6 Trust
ecfcacb@piteduncan.com

Edward T Weber on behalf of Creditor HSBC Bank USA, National Association, as trustee J.P. MORGAN Mortgage Trust 2007-A1
bknotice@rcolegal.com

| In Re | Case No: |
|---|---|
| | 8:10-bk-15155-TA |
| Howard J. Barnes, aka Howard Barnes aka Howard John Victor Barnes | Chapter 7 |

Howard Barnes Ltd
76 Dawson St
Red Deer, AB
Canada T4R 1V9

Gary Harre, Esq. (CBN 86938)
Global Capital Law, P.C.
17612 Beach Blvd. Ste 8
Huntington Beach, CA 92647
714-907-4182
FAX 714-907-4175
Email: GlobalCapitalLaw@gmail.com

AT&T Universal Card
PO BOX 6404
The Lakes, NV  88901

Bank of America
PO BOX 15721
Wilmington, DE  19886

Barnes Spousal Trust
76 Dawson St
Red Deer, AB
Canada T4R 1V9

Chase Home Loans
PO BOX 78420
Phoenix, AZ  85062

Chase VISA
PO BOX 94014
Palatine, IL 60094

First Horizon Home Loan
PO BOX 2351
Memphis, TN  38101

First National Bank
PO BOX 2557
Omaha, NE 68103

F 9013-1.2 NOTICE.NO.HEARING

| In Re | Case No: |
|---|---|
| Howard J. Barnes, aka Howard Barnes aka Howard John Victor Barnes | 8:10-bk-15155-TA Chapter 7 |

JP Morgan Chase
PO BOX 94014
Palatine, IL 60094

North American Real Estate Srv
c/o Cedar Financial
PO BOX 8986
Calabasas, CA 91372

Orange County Tax Collector
PO BOX 1438
Santa Ana, CA 92702

Orange County Credit Union
PO BOX 11777
Santa Ana, CA 92711

Powernet Global Communication
PO BOX 740146
Cincinnati, OH 45274

ReMAX Associates
4350 E Sunset Rd No 201
Las Vegas, NV 89014

Riverside County Tax Dept
PO BOX 12005
Riverside, CA 92502

US Dept of Education
PO BOX 530260
Atlanta, GA 30353