| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>GLOBAL CAPITAL LAW, PC<br>Gary Harre, SBN 86938<br>Diane Beall, SBN 86877<br>8700 Warner Avenue, Suite 200<br>Fountain Valley, CA 92708<br>Tel: (714) 907-4182<br>Fax: (714) 907-4175<br>email: GlobalCapitalLaw@gmail.com<br><br>☑ *Attorney for Movant(s)*<br>☐ *Movant(s) appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** Santa Ana **DIVISION**

| In re:<br>HOWARD J. BARNES, aka HOWARD BARNES<br>aka HOWARD JOHN VICTOR BARNES<br><br><br><br><br>Debtor(s). | CASE NO.: 10-15155-TA<br>CHAPTER: 7<br><br>**DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)**<br><br>No hearing held |
|---|---|

1. I am the ☐ Movant(s) or ☑ Attorney for Movant(s) or ☐ employed by Attorney for Movant(s).

2. **On:** 1/24/11                          Movant(s) filed a motion entitled: Ex Parte to Reopen Case          .

3. A copy of the Motion and Notice of Motion is attached hereto.

4. On 1/24/11                      , Movant(s) served a copy of ☐ the Notice of Motion or ☑ the Motion and Notice of Motion on required parties using the method(s) identified on the Proof of Service of the Notice of Motion.

5. **Pursuant to LBR 9013-1(o), the Notice of Motion explicitly provided that the deadline for filing and serving a written response and request for a hearing is 14 days after the date of Service of the Notice of Motion, plus an additional 3 days unless the Notice of Motion was served by personal delivery or posting as described in F.R.Civ.P. Rule 5(b)(2)(A)-(B).**

6. **More than** 17 **days have passed since Movant(s) served the Notice of Motion.**

7. **I have checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing has been timely filed.**

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                                    Page 1                           F 9013-1.2.DECLARATION.NO.HEARING

8. **No response and request for hearing has been timely served on Movant(s) at the street address, email address, or facsimile number specified in the Notice of Motion.**

9. Based upon the foregoing, pursuant to LBR 9013-1(o), a hearing is not required.

10. A proposed order on the Motion has been lodged concurrent with the filing of this declaration. A copy of the proposed order has been served upon the judge pursuant to LBR 5005-2(d) and the Court Manual, together with a LOU confirmation receipt if the order was lodged electronically. Pursuant to LBR 9021-1(b)(2) and the Court Manual, if self-addressed, stamped envelopes are required, they were also included with the proposed order.

WHEREFORE, Movant(s) requests that the Motion be granted and an order be entered without a hearing on the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and this declaration was executed on 2/22/11 at Fountain Valley in the State of California.

Gary Harre, Esq.  
*Type Name of Declarant*

/s/ Gary Harre  
*Signature of Declarant*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010    Page 2    **F 9013-1.2.DECLARATION.NO.HEARING**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

8700 Warner Avenue, Suite 200, Fountain Valley, CA 92708

A true and correct copy of the foregoing document described as: **DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  2/22/11 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

* Alan L. Armstrong     alan@alanarmstrong.com
* Jeffrey I Golden (TR)     ljones@wgllp.com, jgolden@ecf.epiqsystems.com
* Gary L Harre     ghcmecf@gmail.com
* Ramesh Singh     claims@recoverycorp.com
* United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
* Catherine T Vinh     ecfcacb@piteduncan.com
* Edward T Weber     bknotice@rcolegal.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On  2/22/11 , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Theodor C. Albert
411 W. Fourth Street, #5085
Santa Ana, CA

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/22/11 | Delores Jackson | /s/ Delores Jackson |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                                   Page 3            F 9013-1.2.DECLARATION.NO.HEARING